JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIZI BOLOMBELO-BUNGA,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ETC., ET AL.,<br>Respondents. | No. ED CV 26-6014-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 2, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE